

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,046-01

**EX PARTE EDWARD MEADOR, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1643105-A IN THE 177TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of robbery - bodily injury and sentenced to two years' imprisonment. Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claims of ineffective assistance of counsel, due process violations, and no evidence are without merit. Therefore, we deny relief.

Applicant's remaining claim alleging he was denied pre-sentence jail credit is dismissed pursuant to *Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010).

Filed: March 16, 2022
Do not publish